UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00162

**Dana Scott Windham,**
*Plaintiff,*

v.

**Texas Department of Criminal Justice,**
*Defendant.*

**O R D E R**

Plaintiff, a prisoner confined within the Texas Department of Criminal Justice proceeding pro se and in forma pauperis, brought this lawsuit under 42 U.S.C. § 1983. Doc. 16. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's lawsuit be dismissed with prejudice for failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1). Doc. 20 at 10. Plaintiff received the report but did not file written objections. Doc. 21.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's lawsuit is dismissed with prejudice for failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1). Any pending motions are denied as moot.

*So ordered by the court on January 8, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -